# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| MATTHEW D. JONES, | ) |
| Plaintiff, | ) |
| v. | ) No.: 2:20-CV-203-DCLC-CRW |
| WILLIAM BATES, | ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed herewith, Defendant's motion to dismiss [Doc. 19] is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT
/s/ LeAnna R. Wilson
CLERK OF COURT